UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT DOUGLAS LYLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-0480 |
| | ) | Judge Sharp |
| **MONTGOMERY COUNTY JAIL and** | ) | |
| **JAIL MAINTENANCE,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket No. 22) in which he recommends that the unopposed Motion for Summary Judgment (Docket No. 16) filed by Defendant Montgomery County, Tennessee on Plaintiff's sole remaining claim be granted. No objections to the R & R have been filed.

Having undertaken the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because (1) Plaintiff did not file a grievance on his claim that female jailers were allowed to view male inmates while showering, and thus did not exhaust his administrative remedies as required by the Prison Litigation Reform Act; and (2) Plaintiff failed to allege the existence of any deficient Montgomery County policy, practice, or custom, much less allege that an official Montgomery County policy, practice, or custom caused him constitutional injury.

Accordingly, the R & R (Docket No. 22) is hereby ACCEPTED and APPROVED; Defendant's Motion for Summary Judgment (Docket No. 16) is GRANTED; and Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

1

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE